UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSE G. TAPIA and all others similarly ) Case No.: 09-20206-CIV-KING
situated under 29 USC 216(B). )
      Plaintiff, )
vs. )
)
GREEN EARTH ENVIRONMENTAL, INC. )
BARAK YAARI )
      Defendants )

### ORDER GRANTING PLAINTIFF'S MOTION SEEKING LEAVE TO FILE AND SERVE AMENDED COMPLAINT AND FOR THE COURT TO DIRECT THE CLERK TO ISSUE A SUMMONS REGARDING DECISIONHR, INC.

This matter came on to be heard regarding Plaintiff's above-described motion, and the Court having reviewed the relevant pleadings and otherwise being advised in the premises, it is:

ORDERED AND ADJUDGED AND DECREED that Plaintiff's motion is hereby GRANTED; and therefore Plaintiff may file the Amended Complaint to add DecisionHR, Inc. as a party and serve same. *Counsel shall follow the Rules for Obtaining Service.* Defendants shall have (10) days to answer the Amended Complaint upon service.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of June 2009.

                                         *James Lawrence King*
                                         U.S. DISTRICT COURT JUDGE
                                         JAMES LAWRENCE KING

Copies to:    Counsel of Record